Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Michael Marchand (SBN 281080)
mmarchand@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile:  (323) 464-7410

JS-6

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS HILTON, an individual, and PARLUX FRAGRANCES, LLC, a Delaware corporation,<br><br>             Plaintiffs,<br>  vs.<br><br>PERFUME OUTLET INC., an unknown business entity, and DOES 1-10, inclusive;<br><br>             Defendants. | CASE NO. CV13-00075-PA(PJWx)<br><br>**ORDER RE DISMISSAL OF ACTION** |

1  WHEREAS Plaintiffs Paris Hilton and Parlux Fragrances, LLC and Defendant Perfume Outlet, Inc. have entered into a Settlement Agreement and Mutual Release as to the claims in the above reference matter, and have stipulated for the dismissal of the instant action. It is hereby **ORDERED, ADJUDGED, and DECREED** as among the parties hereto that except as otherwise provided herein, this action is resolved with prejudice as to Defendant.

IT IS SO ORDERED

DATED:    July 10, 2013

_____
Honorable Percy Anderson
**United States District Judge**